# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE WILLIS,<br><br>    Plaintiff,<br><br>v.<br><br>THE HON. JUDGE LAWRENCE J. O'TOOLE, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS ADMINISTRATIVE JUDGE FOR THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY ORPHANS' COURT DIVISION; MICHAEL MCGEEVER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DIRECTOR OF ALLEGHENY COUNTY DEPT. OF COURT RECORDS WILLS/ORPHANS' COURT DIVISION; MELISSA DIESEL, INDIVIDUALLY; AND WILLIAM TENNEY, INDIVIDUALLY;<br><br>    Defendants. | 2:18-CV-00290<br>DISTRICT JUDGE CERCONE<br>MAGISTRATE JUDGE LENIHAN<br><br>ECF NOS. 139, 141, 158, 176, 178, 189, 190, 191, 194, 195 & 202 |

## **MEMORANDUM ORDER**

This civil action was commenced on March 7, 2018 when Plaintiff Leslie Willis filed a Motion for Leave to Proceed in Forma Pauperis. (ECF No. 1.) That motion was granted and the Complaint (ECF No. 3) was docketed on March 14, 2018. The case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 202), filed on March 8, 2019, recommended that the Motion to Dismiss by Defendants Melissa Diesel, Timothy Finnerty, Michael McGeever, William Tenney and James Uziel (ECF No. 139) be granted. It was further recommended that the Motion to Dismiss filed by Defendant Lawrence J. OToole (ECF No. 141) be granted. It was also recommended that Plaintiff Leslie Willis' Motions to

Amend (ECF Nos. 178, 194, & 195) and Motions for Joinder (ECF Nos. 189, 190, & 191) be denied. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 635(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. Plaintiff filed Objections to the Report and Recommendation on April 5, 2019, and Amended Objections on April 8, 2019.

After review of the pleadings and documents in the case, together with the Report and Recommendation and Plaintiff's Objections, the following Order is entered:

AND NOW, this 11th day of April, 2019,

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendants Melissa Diesel, Timothy Finnerty, Michael McGeever, William Tenney and James Uziel (ECF No. 139) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss filed by Defendant Lawrence J. O'Toole (ECF No. 141) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Leslie Willis' Motions to Amend (ECF Nos. 178, 194, & 195) and Motions for Joinder (ECF Nos. 189, 190, & 191) are **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 202) of Magistrate Judge Lenihan, dated March 8, 2019, is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that this Court construes **ECF No. 158** (Plaintiff's Objections to Magistrate Judge Memorandum Opinion (ECF No. 144)), and **ECF No. 176** (Plaintiff's Objections to Magistrate Judge Order re (Amended) Objections to Magistrate Judge Memorandum Opinion (ECF No. 147) Amending ECF No. 161, Objections to non-dispositive Magistrate Judge Order), as appeals from the Magistrate Judge's Orders and are **DISMISSED AS MOOT** as a consequence of this Court's adoption of the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Clerk shall mark the case **CLOSED**.

_____
David Stewart Cercone
Senior United States District Judge

cc: Leslie Willis
P. O. Box 1153
Bowie, MD 20718
(*Via First Class Mail*)

Lee M. Dellecker, Esquire
(*Via CM/ECF Electronic Mail*)